478 A.2d 126

Holevas v. Reppas, Appellant.

Argued April 4, 1984. Timothy P. Ruth, for appellant; John Thompson, Jr., for appellee.

Before WICKERSHAM, OLSZEWSKI and HOFFMAN, JJ.

Judgment affirmed.

478 A.2d 126

In the Interest of Mark B.

Submitted May 18, 1984. Richard S. Levine, Assistant Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, participating party.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.